UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NOVO NORDISK A/S AND NOVO NORDISK INC., <br><br> Plaintiffs, <br><br> v. <br><br> MIDWEST ALTERNATIVE TREATMENT CLINIC, P.C., <br><br> Defendant. | Case No. 1:24-cv-12804 |

**JOINT NOTICE OF SETTLEMENT AND
MOTION FOR ENTRY OF [PROPOSED] CONSENT JUDGMENT**

Plaintiffs NOVO NORDISK A/S and NOVO NORDISK INC. (collectively, "Plaintiffs') and Defendant MIDWEST ALTERNATIVE TREATMENT CLINIC, P.C. ("Defendant," and together with Plaintiffs, the "Parties") hereby jointly notify the Court that they have reached agreement to resolve this matter on confidential terms without further litigation, and they jointly move the Court to enter the enclosed proposed Final Judgment and Permanent Injunction on Consent (the "Proposed Consent Judgment").

The Proposed Consent Judgment is the product of arm's length negotiations between the Parties, each of whom is represented by counsel. All Parties consent and agree to entry of final judgment in accordance with the Proposed Consent Judgment.

Respectfully submitted this 6th day of May, 2025.

| | |
|---|---|
| */s/ Suyash Agrawal* | */s/ Terence H. Campbell* |
| Suyash Agrawal | Terence H. Campbell |
| Hillary W. Coustan | Cotsirilos, Poulos & Campbell, Ltd. |
| Brigid Carmichael | 55 E. Monroe St., Suite 3250 |
| Massey & Gail LLP | Chicago, IL 60603 |
| 50 E. Washington St., Suite 400 | (312) 263-0345 |
| Chicago, IL 60602 | tcampbell@cotsiriloslaw.com |
| (312) 379-0949 | |
| sagrawal@masseygail.com | *Attorney for Defendant* |
| | *Midwest Alternative Treatment Clinic, P.C.* |
| *Attorney for Plaintiffs* | |
| *Novo Nordisk A/S and* | |
| *Novo Nordisk Inc..* | |